UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernesto Licona Perez and Jose Quic,

           Plaintiffs,

-against-

Hummus On 6th LLC et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021

1:20-cv-05705 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        This case contains claims under the Fair Labor Standards Act. On May 13, 2021 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 29.) On June 11, 2021 the parties submitted their proposed settlement agreement. (*See* Jt. Mot., ECF No. 31.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved. Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

**SO ORDERED.**

DATED:      New York, New York
                  June 15, 2021

                                                  _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge